**Order entered September 8, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01043-CV

### IN RE: WESTERN GENERAL AUTOMOBILE INSURANCE COMPANY, Relator

**Original Proceeding from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-06845**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **ORDER** relator to bear the costs, if any, of this original proceeding.

/s/     DAVID L. BRIDGES
JUSTICE